UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANZHELIKA PAYNE, personal representative to the estate of Landon Jay Payne,

        Plaintiff - Appellee,

 v.

ZACHERY FULTON, an individual and CONNOR WEST SANTINI, an individual,

        Defendants - Appellants,

and

CITY OF EUGENE, a municipal corporation; et al.,

        Defendants.

No. 25-461

D.C. No. 6:22-cv-00471-MC District of Oregon, Eugene

ORDER

Before: McKEOWN and SUNG, Circuit Judges, and FITZWATER, District Judge.[*]

Submission of this appeal is vacated until this court's resolution of *Scott v. Smith*, No. 23-15480, *cert. granted, judgment vacated*, No. 24-1099 (U.S. Apr. 20, 2026). Once the mandate issues in *Scott*, this court will determine whether to order supplemental briefing.

---

[*] The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.