UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANZHELIKA PAYNE, personal representative to the estate of Landon Jay Payne,

Plaintiff - Appellee,

v.

ZACHERY FULTON, an individual and CONNOR WEST SANTINI, an individual,

Defendants - Appellants,

and

CITY OF EUGENE, a municipal corporation; et al.,

Defendants.

No. 25-461

D.C. No.
6:22-cv-00471-MC
District of Oregon,
Eugene

ORDER

Before: McKEOWN and SUNG, Circuit Judges, and FITZWATER, District Judge.*

Within twenty-one days of the date of this order, Appellee is directed to file a response to the Appellants' Petition for Rehearing En Banc, filed with this court on October 5, 2026 (Dkt. No. 38). The response shall not exceed fifteen pages or 4,200 words.

---

* The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.